UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



RECEIVED
LF
OCT 02 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Jason S. Harmon

        Plaintiff,

vs.

Ruben Aguirre
et.al.

        Defendant.

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Jason S. Harmon, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees and costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1.    Are you presently employed?    YES ☐    NO ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer (name and address): _____N/A_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Last pre incarceration Job was w/ E.L. Yeager and Skanska.

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.     Business, profession or self employment?     YES ☐     NO ☑

    b.     Income from stocks, bonds or royalties?     YES ☐     NO ☑

    c.     Rent payments?     YES ☐     NO ☑

    d.     Pensions, annuities or life insurance payments?     YES ☐     NO ☑

    e.     Federal or state welfare payments, Social Security or other government source?     YES ☐     NO ☑

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.     N/A

_____

_____

3. Are you married?     YES ☐     NO ☑

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _____ N/A _____

Spouse's Monthly Salary, Wages or Income:

Gross $ _____ N/A _____ Net $ _____ N/A _____

4.     a.     List amount you contribute to your spouse's support: $ _____ N/A _____

    b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do not include their names.)

_____

_____

5. Do you own or are you buying a home?     YES ☐     NO ☑

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?     YES ☐     NO ☑

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total Due: $ _____

Monthly Payment: $ _____

2

7.     Do you have a bank account?                          **YES** ☐     **NO** ☑

Name(s) and address(es) of bank (do not include account numbers): _____

_____

_____

Present balance(s): $ _____ *N/A* _____

Do you own any cash?           **YES** ☐  **NO** ☑     Amount: $ _____

Do you have any other assets?   **YES** ☐  **NO** ☑

If "yes," provide a description of each asset and its estimated market value.

_____ *N/A* _____

_____

8.     What are your monthly expenses?

Rent: $ _____ *N/A* _____     Utilities: ___ *N/A* _____

Food: $ _____     Clothing: _____

9.     Do you have any charge accounts/credit cards?       **YES** ☐     **NO** ☐

If yes, list them below. (Do not include account numbers.)

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

10.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ *Restitution Fine for $ 5,874.92* _____

_____

11.    Does the complaint you are seeking to file raise claims that have been presented in other lawsuits?

                           **YES** ☐     **NO** ☑

If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ *N/A* _____

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

___6-5-25___                    _____
DATE                                SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _Jason  S,  Harmon_for the last six months at

(Prisoner's Name)

_Calif.  Health Care  Facility_, where (s)he is confined.

(Name of Institution)

I further certify that the average deposits each month to this prisoner's account for the most recent six-

month period were $ _29,17_ and the average balance in the prisoner's account each month for the most

recent six-month period was $_7.61_.

Date: _6/19/25_     Officer Name: _Eddie Hopkinson_

Signature: _Eddie Hopkinson_

*Authorized Officer of the Institution*

5

Date\Time: 6/19/2025 2:19:34 PM

Institution: CHCF

## CDCR

## Inmate Statement Report

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AG2873 | HARMON, JASON | CHCF | B  308B1 | 130001 |

**Current Available Balance:**     $1.80

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account |
|---|---|---|---|---|---|---|
| 12/01/2024 | CHCF | BEGINNING BALANCE | | | | |
| 01/15/2025 | CHCF | JPAY | 0000000176386057 | | $25.00 | |
| 01/15/2025 | CHCF | DIRECT ORDER PAYMENT | 0000000176386057 | | ($12.50) | |
| 01/17/2025 | CHCF | KIOSK REQUEST - GTL | | | ($5.00) | |
| 01/25/2025 | CHCF | SALES | 2 | | ($2.30) | |
| 02/21/2025 | CHCF | SALES | 57 | | ($5.60) | |
| 04/02/2025 | CHCF | JPAY | 0000000178672788 | | $150.00 | |
| 04/02/2025 | CHCF | DIRECT ORDER PAYMENT | 0000000178672788 | | ($75.00) | |
| 04/05/2025 | CHCF | KIOSK REQUEST - GTL | | | ($15.00) | |
| 04/17/2025 | CHCF | SALES | 40 | | ($22.55) | |
| 05/01/2025 | CHCF | PLRA | 3:16-CV01012-MMA-RBB | 1483112 | ($27.55) | |
| 05/23/2025 | CHCF | SALES | 16 | | ($8.20) | |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current |
|---|---|---|---|---|
| PLRA | 3:16-CV01012-MMA-RBB | $350.00 | ($27.55) | |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current |
|---|---|---|---|---|---|---|
| DIRECT ORDER | SWF015432 | Active | $8,000.00 | $0.00 | ($87.50) | $ |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE

ATTEST·

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY: _____

TRUST OFFICE