UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HARMON,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN AGUIRRE, et al.,<br><br>Defendants. | Case No. 25-cv-08543-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING CLERK TO ADMINISTRATIVELY CLOSE ACTION**<br><br>Re: ECF No. 8 |

The Court has reviewed Magistrate Judge Peter H. Kang's report and recommendation, ECF No. 8, to administratively close this action as filed in error.  The 14-day period for objections has elapsed, and no objections have been filed.  *See* Fed. R. Civ. P. 72(b)(2).  The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect.  The Clerk of the Court is therefore directed to **ADMINISTRATIVELY CLOSE** this action as opened in error. Because the action was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

Dated:  June 26, 2026



JON S. TIGAR
United States District Judge